# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00364-CV

**In re Texas State University and Denise Trauth in her Official Capacity as President of Texas State University**

---

**ORIGINAL PROCEEDING FROM HAYS COUNTY**

---

## O R D E R

**PER CURIAM**

Relators Texas State University and Denise Trauth in her Official Capacity as President of Texas State University have filed a petition for writ of mandamus and an emergency motion to stay temporary restraining order. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's May 22, 2019 temporary restraining order, pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before June 10, 2019.

It is ordered on May 30, 2019.

Before Justices Goodwin, Baker, and Triana